**Reiner RIEZLER and Severi Med GMBH, Plaintiffs–Appellees,**

v.

**Robert H. ALLEN, Sally P. Stabler, and Metabolite Laboratories, Inc., Defendants,**

and

**Robert H. Allen, as Trustee of the Robert H. Allen Revocable Trust, Defendant–Appellant.**

No. 2010–1300.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2010.

Edward J. Pardon, Merchant & Gould P.C., Madison, WI, for Plaintiffs–Appellees.

Monique M. Drake, Gibson, Dunn & Crutcher LLP, Denver, CO, for Defendants.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).